Roger A. Colvin, Esq. (SBN 068773)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA 91746
Tel. (562) 699-5500 - Fax (562) 692-2244
rcolvin@agclawfirm.com

Attorneys for Defendants City of Chico,
Sean Morgan, Matt Madden, Marcelo Escobedo,
and Chico Police Department

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID HERRERA<br><br>Plaintiff,<br><br>v.<br><br>SEAN MORGAN; CITY OF CHICO; MATT MADDEN; MARCELO ESCOBEDO; CHICO POLICE DEPARTMENT; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:18-cv-02749-TLN-DMC<br><br>*Assigned to the Honorable District Court Judge Troy L. Nunley*<br><br>ORDER GRANTING CHICO DEFENDANTS' REQUEST FOR PAGE LIMIT INCREASE RE: MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>FAC Filed: December 3, 2018<br>Complaint Filed: October 11, 2018 |

GOOD CAUSE appearing, the Court GRANTS Defendants, CITY OF CHICO, SEAN MORGAN, MATT MADDEN, MARCELO ESCOBEDO, and CHICO POLICE DEPARTMENT'S ("Collectively, the Chico Defendants") request for page limit increase concerning their forthcoming Motion for Summary Judgment, or, in the alternative, Partial Summary Judgment. Chico Defendants' Motion for Summary Judgment, or, in the alternative, Partial Summary Judgment shall receive a ten (10) page limit increase, in addition to the regularly-afforded twenty (20) pages, for a total of thirty (30) pages.

IT IS SO ORDERED.

Dated: February 5, 2020

_____
Troy L. Nunley
United States District Judge

1