1 | GEORGE E. WASHINGTON, State Bar No. 46281
PETER G. WASHINGTON, State Bar No. 230514
2 | **WASHINGTON & WASHINGTON**
Attorneys at Law
3 | 1600 Humboldt Road, Suite 2
Chico, California 95928
4 | Telephone: (530) 345-0821
Facsimile: (530) 342-2242

Attorneys for Plaintiff, MARK DAVID HERRERA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID HERRERA, | CASE NO. 2:18-cv-02749-TLN-DMC |
| Plaintiff, | **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |
| vs. | |
| SEAN MORGAN; CITY OF CHICO; MATT MADDEN; MARCELO ESCOBEDO; CHICO POLICE DEPARTMENT; and DOES 1 through 10, | Trial Date: Not Set<br><br>FAC Filed: December 3, 2018<br>Complaint Filed: October 11, 2018 |
| Defendants. | |

## STIPULATION

The parties to this matter hereby stipulate to amendment of the current Scheduling Order [Document 5] as set forth herein:

**1.   Basis for the Amendment**

Plaintiff's counsel has met and conferred telephonically with counsel for Defendants in the above matter to discuss issues regarding dispositive motion deadlines and page limits. The parties had previously agreed that according to the Court's Scheduling Order, the deadline for filing dispositive motions would be February 17, 2020. Plaintiff's counsel has had this deadline calendared and conducted timely discovery and investigation in anticipation of filing a Motion for Partial Summary Judgment. Plaintiff's counsel had a complex Motion for Summary Judgment due in another matter on

January 17, 2020. After completing that filing, plaintiff's counsel began to devote significant time to this matter. In late January, however, plaintiff's counsel was approached by a colleague who, following the untimely death of another attorney, had been appointed to represent the defendant in the retrial of a decades-old capital homicide case, and needed relief counsel to assist with the remainder of his caseload. This new obligation, on top of the usual professional and personal obligations, has made it difficult for Mr. Washington to complete the research and writing necessary to adequately represent Mr. Herrera in the filing of a dispositive motion in this case. A brief continuance will not unduly prejudice any party, and no subsequent dates in this matter have yet been set.

Regarding page limits, the Court previously granted Defendants' request to increase the page limit on their forthcoming Motion for Summary Judgment, or in the Alternative Partial Summary Judgment, from twenty (20) pages to thirty (30) pages. Plaintiff's draft Points and Authorities in support of his corresponding motion is approaching the 20-page limit as well, and the parties have agreed to a reciprocal increase in connection with his own planned Motion for Partial Summary Judgment.

Therefore, good cause appearing, the parties hereby stipulate to amendment of the Scheduling Order as follows:

2. **<u>Items in Scheduling Order Requested to be Amended</u>**

   A. Currently, the deadline to file dispositive motions is February 17, 2020.

   The proposed deadline to file dispositive motions is March 6, 2020.

   B. Currently, Plaintiff is limited to twenty (20) pages for his points and authorities in support of any dispositive motion.

   The proposed increased page limitation for Plaintiff's points and authorities in support of dispositive motion is thirty (30) pages.

Dated: February 12, 2020					Respectfully submitted,

**WASHINGTON & WASHINGTON**

/s/
PETER G. WASHINGTON
Attorneys for Plaintiff
MARK DAVID HERRERA

| | |
|---|---|
| Dated: February 12, 2020 | **ALVAREZ-GLASMAN & COLVIN**<br><br>/s/<br>ROGER A. COLVIN<br>Attorneys for Defendants<br>CITY OF CHICO, SEAN MORGAN, MATT MADDEN, MARCELO ESCOBEDO, and CHICO POLICE DEPARTMENT |

**ORDER**

IT IS SO ORDERED.

Dated: February 12, 2020

Troy L. Nunley
United States District Judge